BEFORE THE FIRST DIVISION, JULY 16, 1962

No. 66911.—Old Importers, Inc. *v.* United States, protests 61/1821 and 61/3145 (New York).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the items in question are not toys; that they are "chiefly used as party favors, at showers, at weddings, and as table decorations for novelty purposes"; and that they are similar in use to articles "composed of cellulose acetate or compounds, or combinations or mixtures containing cellulose acetate which are made into finished or partly finished articles," the claim of the plaintiff was sustained.